ACCEPTED
01-14-00697-CR
FIRST COURT OF APPEALS
HOUSTON, TEXAS
6/19/2015 11:39:10 AM
CHRISTOPHER PRINE
CLERK

# THOMAS J. LEWIS
ATTORNEY AT LAW
1602 WASHINGTON AVE.
HOUSTON, TEXAS 77007
TEL: (713) 868-0081
FAX: (713) 861-2951
E-MAIL: TJLAW2@COMCAST.NET

June 19, 2015

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS

6/19/2015 11:39:10 AM

CHRISTOPHER A. PRINE
Clerk

Christopher Prine, Clerk
First Court of Appeals
301 Fannin St.
Houston, Texas 77002-2066

> RE: **David Sendejo v. State of Texas**.
> No. 01-14-00697, 98-CR.
> First Court of Appeals.

To the Clerk of the Court of Appeals:

This letter will certify that I have complied with Rule 48.4 of the Texas Rules of Appellate Procedure by sending by certified mail, return receipt requested, a copy of this Court's Judgment and Opinion to Appellant together with a letter informing Appellant of his/her rights under Rule 68 to file a *pro se* Petition for Discretionary Review.

Also attached are copies of the U.S. Postal Service Receipt and Transaction Receipt to attest that the foregoing were mailed to Appellant 5 days after this Court's decision was handed down. The Return Receipt is not attached because it has not yet been received in this office.

Please let me know if there are further questions.

Very truly yours,

Thomas J. Lewis

file